RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SHARI L. KAUFMAN
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Maria Larkin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARIA LARKIN,<br><br>  Defendant. | 2:12-cr-319-JCM-GWF<br><br>**STIPULATION TO CONTINUE MOTION HEARING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Shari L. Kaufman, Assistant Federal Public Defender, counsel for MARIA LARKIN, that the motion hearing currently scheduled for March 26, 2015 at 9:30 a.m., be vacated and set to a date and time convenient to this Court; however, in no event earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.  Trial date for this case was postponed to June, parties are attempting to work out the issues, at this time there is no necessity for the hearing.

2.  The parties agree to the continuance.

3.  The additional time requested herein is not sought for purposes of delay, but merely to allow for a resetting in this matter.

/ / /

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

This is the first request for continuance filed herein.

DATED this 25th day of March, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| By: /s/ Shari L. Kaufman<br>SHARI L. KAUFMAN<br>Assistant Federal Public Defender<br>Counsel for Maria Larkin | By: /s/ Cristina D. Silva<br>CRISTINA D. SILVA<br>Assistant United States Attorney<br>Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:12-cr-319-JCM-GWF |
|---|---|
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |
| vs. | |
| MARIA LARKIN, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Trial date for this case was postponed to June, parties are attempting to work out the issues, at this time there is no necessity for the hearing.

2. The parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow for a resetting in this matter.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

This is the first request for continuance filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the trial dates.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, Section 3161(h)(**7**)(A), when the considering the facts under Title 18, United States Code, Section 316(h)(**7**)(B)(i) and 3161(h)(**7**)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED that the motion hearing scheduled for March 26, 2015 at the hour of 9:30 a.m., be vacated and continued to Friday, May 29, 2015 at the hour of 9:30 a.m.

DATED this 26th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE