# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:12-cr-00319-JCM-VCF |
| vs. | ) | **ORDER** |
| MARIA LARKIN, | ) | |
| Defendant. | ) | |

This matter is before the Court on Government's Motion to Re-Evaluate Defendant's Qualification for Court Appointed Counsel (#78) filed May 28, 2015, Defendant's Response in Opposition (#86) filed June 11, 2015, and Government's Reply to Defendant's Response (#92), filed June 26, 2015. After considering the papers submitted by the parties, as well as oral argument by counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that Government's Motion to Re-Evaluate Defendant's Qualification for Court Appointed Counsel (#78) is **granted** to the extent that the Court has evaluated in camera Defendant's qualification for court-appointed counsel.

DATED this 17th day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge