**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:12-cr-00319-JCM-VCF |
| vs. ) | **ORDER** |
| MARIA LARKIN, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Unopposed Motion to Modify Defendant's Conditions of Release (#110) filed December 23, 2015.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Modify Defendant's Conditions of Release (#110) is **granted**.  The curfew and travel restrictions set forth in Defendant's Appearance Bond (#10) are removed.

**IT IS FURTHER ORDERED** that Defendant's travel is restricted to the continental United States and that all other remaining conditions of release remain in effect.

DATED this 24th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge