# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:12-cr-00319-JCM-VCF |
| vs. ) | **ORDER** |
| MARIA LARKIN, ) | |
| Defendant. ) | |

      This matter is before the Court on the Government's Motion to Strike Defendant's Expert Disclosure (ECF No. 186), filed on February 24, 2017. Defendant filed her Response (ECF No. 195) on March 3, 2017.

      On June 5, 2015, the Court granted the Government's Motion in Limine (ECF No. 62) to exclude testimony of Defendant's witnesses, Mr. Michael Rosten, Dr. Robert Hunter, Dr. Anthony Lucas, and Mr. Rick Flakus. On February 15, 2017, Defendant filed her Notice of Expert Testimony (ECF No. 177) disclosing Mr. Michael Rosten, Dr. Robert Hunter, Dr. Anthony Lucas, and Mr. Rick Flakus as experts. The Government requests that the Court strike Defendant's expert witness disclosure (ECF No. 177).

      The Court grants the Government's Motion to Strike. The Court previously granted the Government's Motion in Limine striking experts. Defendant, therefore, should have filed a motion with the court for permission to designate these experts if she could show new grounds for why the experts should be permitted to testify. Furthermore, the Government's comments regarding the bill of particulars cited in Defendant's Response do not provide grounds to support the introduction of the previously excluded expert testimony. Accordingly,

. . .

**IT IS HEREBY ORDERED** that the Government's Motion to Strike Defendant's Expert Disclosure (ECF No. 186) is **granted**.

DATED this 8th day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge