**James C. Mahan
U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-319 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| MARIA LARKIN, | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Larkin*, case number 2:12-cr-00319-JCM-GWF.

On February 27, 2017, the government filed a motion *in limine*, requesting that defendant's proposed experts—Hunter, Rosten, Lucas, and Flakus—be precluded from testifying in light of the court's order dated June 5, 2015 (ECF No. 83). (ECF No. 189).

On March 8, 2017, the magistrate judge granted the government's motion to strike (ECF No. 186) defendant Maria Larkin's expert witness disclosure (ECF No. 177).

In light of the foregoing and for the reasons set forth in the court's June 5th order (ECF No. 83), the court will grant the government's motion *in limine*.

Accordingly,

IT IS HEREBY ORDERED that the government's motion *in limine* (ECF No. 189) be, and the same hereby is, GRANTED.

DATED March 10, 2017.

_____
UNITED STATES DISTRICT JUDGE