# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-319 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| MARIA LARKIN, | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Maria Larkin*, case number 2:12-cr-00319-JCM-GWF.

IT IS HEREBY ORDERED that:

Defendant Maria Larkin's motion to exclude summary charts (ECF No. 229) and motion for offer of proof (ECF No. 235) be, and the same hereby are, DENIED as moot.

DATED March 13, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**