STEVEN W. MYRHE
ACTING UNITED STATES ATTORNEY

ALEXANDRA MICHAEL
Assistant United States Attorney
JOHN MULCAHY
Trial Attorney, Department of Justice
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6418
alexandra.m.michael@usdoj.gov

Attorneys for the Plaintiff United States of America

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-00319-JCM-GWF |
| Plaintiff, | **STIPULATION RE STATUS CONFERENCE** |
| vs. | |
| MARIA LARKIN, | |
| Defendant. | |

Now come the United States and the defendant and hereby stipulate to continue the status conference currently scheduled for Friday, March 17, 2017 at 10:30 am to Monday, March 20, 2017 at 1:30 pm.

Dated:          March 14, 2017

1

Respectfully Submitted,

STEVEN W. MYRHE
ACTING UNITED STATES ATTORNEY
District of Nevada

/s/
Alexandra Michael
Assistant United States Attorney

/s/
John Mulcahy
Trial Attorney, Department of Justice

RENE L. VALLADARES
FEDERAL PUBLIC DEFENDER
District of Nevada

/s/
Shari Kaufman
Assistant Federal Public Defender

/s/
Brian Pugh
Assistant Federal Public Defender

### ORDER

The enclosed stipulation to continue the status conference currently scheduled for Friday, March 17, 2017 at 10:30 am to Monday, March 20, 2017 at 1:30 pm is hereby GRANTED. The status conference is scheduled for March 20, 2017 at 1:30 pm.

IT IS SO ORDERED.

_____
James C. Mahan
United States District Judge
Dated: March 15, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2017 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to attorneys of record.

/s/ _____
John Mulcahy