# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-319 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| MARIA LARKIN, | |
| Defendant(s). | |

Presently before the court is the government's motion to exclude time for purposes of the Speedy Trial Act. (ECF No. 245). Defendant Maria Larkin filed a response. (ECF No. 247).

On March 20, 2017, the court held a status hearing as to defendant Maria Larkin. (ECF No. 246). During the status hearing, the parties agreed to the juror questionnaire attached hereto.

The court found that the earliest practicable date for trial to commence would be Monday, June 5, 2017, and set forth the following circumstances: (1) the jury administrator will need at least three weeks to send out the summons with the attached questionnaire and to receive responses; (2) the courtroom will be undergoing a complete audio renovation the first two to three weeks of May; and (3) the Memorial Day holiday. (ECF No. 246).

The parties confirmed a June 5th trial date and agreed to stipulate, for speedy trial purposes, to extend the time within which the trial was to commence to June 19, 2017. (ECF No. 246).

After the status hearing, defense counsel filed a response to the government's motion to exclude time. (ECF No. 247). Defense asserts that Larkin wishes to invoke her speedy trial rights and have the trial as soon as possible. (ECF No. 247 at 3). Defense further asserts that the defense understands the practicalities in sending the juror questionnaire, the court room maintenance, and

**James C. Mahan**
**U.S. District Judge**

1  the Memorial Day holiday, which render June 5, 2017, the earliest date for trial to commence.
2  (ECF No. 247 at 3).
3      Based on the foregoing and because both parties acknowledge that the earliest date
4  practicable for trial to commence is June 5, 2017, the court finds that the ends of justice served by
5  a continuance outweigh the interests in a speedy trial, and the additional time requested is
6  excludable in computing the time within which the trial herein must commence pursuant to the
7  Speedy Trial Act, 18 U.S.C. § 3161(7)(A), when considering the factors under §§ 3161(h)(7)(B)(i)
8  and 3161(h)(7)(B)(iv).
9      Accordingly,
10      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's motion
11  (ECF No. 245) be, and the same hereby is, GRANTED.
12      DATED March 22, 2017.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

*United States of America v. Maria Larkin*

2:12-cr-00319-JCM-GWF

March 30, 2017

(final version)

**JUROR QUESTIONNAIRE**

(1) Would you be able to serve as a juror on a case that is expected to last two weeks?

    \_\_\_Yes

    \_\_\_No

(2) Would you be able to serve as a totally fair and impartial juror on a case in which the government has charged the defendant with bank robbery and brandishing an illegal firearm?

    \_\_\_Yes

    \_\_\_No

(3) Would you be able to serve as a totally fair and impartial juror on a case in which the government has charged the defendant with tax evasion, and the defendant claims to be suffering from gambling addiction?

    \_\_\_Yes

    \_\_\_No

(4) Would you be able to serve as a juror on a construction defect case in which the jury was sequestered for the length of the trial?

    \_\_\_Yes

    \_\_\_No

**James C. Mahan**
**U.S. District Judge**