UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff(s),<br><br>     v.<br><br>MARIA LARKIN,<br><br>              Defendant(s). | Case No. 2:12-CR-319 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant Maria Larkin's motion regarding the content and procedure of jury questionnaire. (ECF No. 249).

Defendant makes three requests regarding the juror questionnaire: (1) remove the heading containing the case name and number; (2) add "if no, please explain" after each question; and (3) the parties be allowed to review the returned questionnaires. (ECF No. 249 at 3).

As to defendant's first request, the juror questionnaire consists solely of the four yes-or-no questions agreed upon by the parties during the status hearing on March 20, 2017, and does not include any case name or number. Thus, defendant's first request will be denied as moot.

As to defendant's second and third requests, both parties were given an opportunity during the status hearing to review the questionnaire and make objections thereto. The concerns raised in defendant's motion were addressed at the status hearing, during which the format of the questionnaire and the wording of the questions were discussed extensively. The four questions set forth in the court's order, entered March 22, 2017 (ECF No. 248 at 3), are the four questions that the parties reviewed and agreed to at the status hearing. Thus, defendant's second and third requests will be denied.

**James C. Mahan**
**U.S. District Judge**

1	Based on the foregoing and for the reasons set forth during the status hearing on March 20,
2	2017, the court will deny defendant's motion.
3	Accordingly,
4	IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion (ECF
5	No. 249) be, and the same hereby is, DENIED.
6	DATED March 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -