**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-319 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| MARIA LARKIN, | |
| Defendant(s). | |

Presently before the court is the government's motion for a status hearing. (ECF No. 252). Defendant Maria Larkin filed a response. (ECF No. 253).

The government requests a status hearing regarding the testimony of Joshua Bottjer (ECF No. 252), and defendant agrees that a status hearing should be held (ECF No. 253). Bottjer has informed the government that he had previously planned a trip to Norway scheduled for June 6 to June 15, 2017. (ECF No. 252).

Trial is currently set for June 5, 2017, a date that both parties have agreed to. A jury questionnaire has been approved and expanded jury summons are in progress. Therefore, trial will commence on June 5, 2017.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's motion (ECF No. 252) be, and the same hereby is, DENIED.

DATED April 6, 2017.

_____
UNITED STATES DISTRICT JUDGE