# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>MARIA LARKIN,<br><br>Defendant(s). | Case No. 2:12-CR-319 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant Maria Larkin's motion for leave to review juror information sheets before trial. (ECF No. 266).

The motion provides that defense counsel will follow any and all restrictions imposed by the jury administrator and requests the opportunity to view the juror information sheets during the week of May 29, 2017. The court will grant defendant's request in accordance with her motion.

Accordingly,

IT IS HEREBY ORDERED that defendant's motion to review juror information sheets before trial (ECF No. 266) be, and the same hereby is, GRANTED.

DATED May 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**