# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>MARIA LARKIN,<br><br>Defendant(s). | Case No. 2:12-CR-319 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant Maria Larkin's request pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) for the government to disclose expert witnesses and summary testimony. (ECF No. 267).

Federal Rule of Criminal Procedure 16(a)(1)(G) provides that "[a]t the defendant's request, the government must give to the defendant a written summary of any testimony that the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial." Fed. R. Crim. P. 16(a)(1)(G).

The court grants defendant's request (ECF No. 267). In accordance with Federal Rule of Criminal Procedure 16(a)(1)(G), the government shall forthwith provide defendant with a written summary of any testimony it intends to use under Federal Rules of Evidence 702, 703, or 705 during its case-in-chief at trial.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that defendant's request pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) for the government to disclose expert witnesses and summary testimony (ECF No. 267) be, and the same hereby is, GRANTED.

DATED May 25, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**