UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-319 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| MARIA LARKIN, | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Larkin*, case number 2:12-cr-00319-JCM-GWF.

Defendant Maria Larkin filed a motion to exclude exhibits and a motion to exclude summary charts. (ECF Nos. 283, 288).

The issues therein have been resolved during trial on June 5, 2017.

Accordingly,

IT IS HEREBY ORDERED that defendant's motions to exclude (ECF Nos. 283, 288) be, and the same hereby are, DENIED as moot.

DATED June 6, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**