UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-319 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| MARIA LARKIN, | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Larkin*, case number 2:12-cr-00319-JCM-GWF.

Defendant Maria Larkin filed a sealed *ex parte* motion for order and issuance of subpoena. (ECF No. 297).

The issues therein have been resolved during trial.

Accordingly,

IT IS HEREBY ORDERED that defendant's motion (ECF No. 297) be, and the same hereby is, DENIED as moot.

DATED June 12, 2017.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**