1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   BRIAN PUGH
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Brian_Pugh@fd.org
6

7  Attorney for Maria Larkin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-319-JCM-GWF |
| Plaintiff, | **STIPULATION TO ADVANCE SENTENCING HEARING** |
| v. | (Second Request) |
| MARIA LARKIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Maria Larkin, that the Sentencing Hearing currently scheduled on December 21, 2017 at 10:00 am, be vacated and advanced to Tuesday, December 19, 2017 at 1:30 pm.

This Stipulation is entered into for the following reasons:

1. Department of Justice counsel for the government had prior plans to travel for the holidays on December 21, 2017.

2. The defendant is not in custody and agrees with the need for the advance.

3. The parties agree to reschedule the sentencing hearing.

This is the first request for an advance of the sentencing hearing.

DATED this 7th day of December, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Alexandra Michael*<br>By_____<br>ALEXANDRA MICHAEL<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-319-JCM-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| MARIA LARKIN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, December 21, 2017 at 10:00 a.m., be vacated and advanced to **Tuesday, December 19, 2017 at the hour of 1:30 p.m..**

DATED December 11, 2017.

_____
UNITED STATES DISTRICT JUDGE