| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE DISTRICT OF NEVADA |

```
 3   UNITED STATES OF AMERICA,        )
                                      ) Case No. 2:12-cr-00319-JCM-GWF
 4               Plaintiff(s),        )
                                      )      ORDER TEMPORARILY
 5     vs.                            )  UNSEALING AUDIO RECORDING
                                      )
 6   MARIA LARKIN,                    )
                                      )
 7               Defendant(s).        )
     _____ )
 8
```

9           Cristen C. Thayer, Esq., filed a Designation of

10   Transcripts (Doc. 356).  Of the transcripts requested, the

11   following docket numbers are proceedings that are either

12   sealed or contain a sealed portion:  Docket No. 94.  The

13   transcript(s) are to be prepared by AMBER McCLANE,

14   Transcriber.

15           **IT IS THE ORDER OF THE COURT** that the sealed audio

16   recording shall be unsealed for the limited purpose of

17   preparing the transcript by AMBER McCLANE and providing a

18   copy of the transcript to Cristen C. Thayer, Esq., as

19   requested.

20           **IT IS FURTHER ORDERED** that the audio recording shall

21   thereafter be resealed and a certified copy of the transcript

22   be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and

23   remain sealed until further order of this Court.

24           **IT IS FURTHER ORDERED** that the receiving party shall

25   not disclose the sealed contents of the transcript of the

proceeding to anyone other than the representatives of the

parties directly concerned with this case.

      **DATED** this __21st__ day of _February_ , 2018

_____
GEORGE W. FOLEY, JR.
United States Magistrate