___ FILED       ___ RECEIVED
___ ENTERED     _1_ SERVED ON
                COUNSEL/PARTIES OF RECORD

MAR - 9 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                      FOR THE DISTRICT OF NEVADA
 3   UNITED STATES OF AMERICA,    )
                                  )   Case No. 2:12-cr-00319-JCM-GWF
 4                Plaintiff(s),   )
                                  )        ORDER TEMPORARILY
 5   vs.                          )   UNSEALING AUDIO RECORDING
                                  )
 6   MARIA LARKIN,                )
                                  )
 7                Defendant(s).   )
                                  )
 8
 9
10        The following docket numbers are proceedings that are
11   either sealed or contain a sealed portion:  Docket No. 94.
12   The transcript(s) are to be prepared by AMBER McCLANE,
13   Transcriber.
14
15        **IT IS THE ORDER OF THE COURT** that the sealed audio
16   recording shall be unsealed for the limited purpose of
17   preparing the transcript by AMBER McCLANE and providing a copy
18   of the transcript to Cristina D. Silva, Esq. and John Mulcahy,
19   Esq. as requested.
20
21        **IT IS FURTHER ORDERED** that the audio recording shall
22   thereafter be resealed and a certified copy of the transcript
23   be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and
24   remain sealed until further order of this Court.
25        **IT IS FURTHER ORDERED** that the receiving party shall not
```

1  disclose the sealed contents of the transcript of the
2  proceeding to anyone other than the representatives of the
3  parties directly concerned with this case.
4  **DATED** this _9th_ day of _March_, 2018

_[signature]_
GEORGE W. FOLEY, JR.
United States Magistrate