UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-319 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| MARIA LARKIN, | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Larkin*, case no. 2:13-cr-00319-JCM-GWF.

On February 26, 2018, defendant Maria Larkin ("defendant") filed a motion for release on personal recognizance bond pending appeal. (ECF No. 361). On March 21, 2018, this court denied defendant's request. (ECF No. 376).

On April 25, 2018, the Ninth Circuit granted defendant's motion for bail pending appeal. (App. Dkt. #7). The Ninth Circuit instructed the district court to establish appropriate conditions of release. *Id.*

The defendant has been compliant with the conditions of her pretrial release since 2012 and pretrial services has recommended no changes to defendant's current conditions pending appeal.

. . .

. . .

. . .

. . .

1        Accordingly,

2        IT IS HEREBY ORDERED that the current conditions of defendant's pretrial release will

3 remain in effect pending appeal.

4        DATED June 5, 2018.

_____
UNITED STATES DISTRICT JUDGE