# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-319 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| MARIA LARKIN, | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Larkin*, case number 2:12-cr-00319-JCM-GWF-1.

On January 24, 2018, the court sentenced defendant Maria Larkin to twelve (12) months and one (1) day of custody to be followed by three (3) years of supervised release for tax evasion. (ECF Nos. 135, 350). Larkin was ordered to surrender for service of sentence by 2:00 PM on April 27, 2018. (ECF No. 350). On February 2, 2018, Larkin filed a notice of appeal. (ECF No. 353). On February 26, 2018, Larkin filed a motion for bail pending appeal (ECF No. 361), which this court denied (ECF No. 376). On April 25, 2018, the Ninth Circuit Court of Appeals granted Larkin's motion for bail pending appeal. (ECF No. 377). This court then ordered Larkin released on the same conditions as were on her pretrial release. (ECF No. 378).

On June 13, 2019, the Ninth Circuit affirmed Larkin's conviction, but remanded the case for the district court to conform the written judgment to the oral pronouncement of sentence. (ECF No. 382). This court modified the written judgment accordingly. (ECF No. 383).

By the time Larkin's appeal had concluded and the written judgment was amended, the surrender date for Larkin to report to the custody of the Bureau of Prisons in the original written judgment had passed. As such, the judgment is hereby amended to require Larkin to surrender for

**James C. Mahan**
**U.S. District Judge**

service of sentence at the institution designed by the Bureau of Prisons before 2:00 PM on October 7, 2019.

Accordingly,

IT IS SO ORDERED.

DATED August 26, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -