UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff(s),<br><br>   v.<br><br>MARIA LARKIN,<br><br>   Defendant(s). | Case No. 2:12-CR-319 JCM (GWF)<br><br>ORDER |

Presently before the court is Maria Larkin's ("defendant") emergency motion to modify sentence. (ECF No. 393). In light of the nature and circumstances surrounding defendant's motion, the court orders an expedited briefing schedule. The government shall file a response, if any, on or before Friday, May 1, 2020. Defendant shall file her reply, if any, on or before Wednesday, May 6, 2020.

Accordingly,

IT IS SO ORDERED

DATED April 24, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**